United States District Court
Southern District of Texas

**ENTERED**

October 14, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| YERANDY GONZALEZ PINO,<br>"Petitioner," | §<br>§ | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00782 |
| | § | |
| WARDEN, PORT ISABEL SERVICE<br>PROCESSING CENTER, *et al.*,<br>"Respondents." | §<br>§<br>§ | |

**ORDER**

Before the Court is "Petitioner's Notice of Voluntary Dismissal Without Prejudice" ("Voluntary Dismissal") (Dkt. No. 18).

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Petitioner's claims against the Defendants are **DISMISSED without prejudice**. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this October 14, 2026

Rolando Olvera
United States District Judge